

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2020

No. 04-20-00429-CV

**IN THE INTEREST OF Y.Z., N.A.Z., J.F.Z., V.V.Z., CHILDREN,**

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3814CCL
Honorable Sergio J. Gonzalez, Judge Presiding

## O R D E R

The trial court signed a final appealable order on August 3, 2020. Because this is an accelerated appeal, the notice of appeal was due by August 24, 2020. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due by September 8, 2020. *See* TEX. R. APP. P. 26.3. Appellant filed a notice of appeal on August 31, 2020, and a motion for extension of time to file the notice of appeal on September 8, 2020—within the time allowed for filing a motion for extension of time to file the notice of appeal. After consideration, appellant's motion for extension of time to file the notice of appeal is **GRANTED**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court